UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MEADE COUNTY, SOUTH DAKOTA,<br><br>                Plaintiff,<br>vs.<br><br>ARCHONIX SYSTEMS, LLC a Delaware Limited Liability Company,<br><br>                Defendant. | CIV. 15-5018-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint motion to dismiss (Docket 16), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and with each party to bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

Dated March 2, 2016.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE